963 F.2d 566
 In re GRAND JURY SUBPOENA OF Janet WILLIAMS,
United States of America, Appellant.
 Nos. 91-3353, 91-3354, 91-3355 and 91-3356.
 United States Court of Appeals,
Third Circuit.
 April 6, 1992.
 
 Prior report: (3rd Cir.1992) 963 F.2d 567.
 Present: SLOVITER, Chief Judge, BECKER, STAPLETON, MANSMANN, GREENBERG, HUTCHINSON, SCIRICA, COWEN, NYGAARD, ALITO, ROTH, and HIGGINBOTHAM*, Circuit Judges.
 
 ORDER
 
 1
 A majority of the active judges having voted for rehearing in banc in the above appeal, it is
 
 
 2
 ORDERED that the Clerk of this Court list the above case for rehearing in banc at the convenience of the court.
 
 
 
 *
 As to panel rehearing only